# EXHIBIT 1

# EXHIBIT 1

- More...

# Danny Downey's Page

## Profile Information

Write your real name please
　　a:1:{i:0;s:16:"It's Complicated";}

Add your picture please
　　me

job
　　self-employed

Interests
　　justice, human rights, social justice

About Me:
　　I am 32 years old and very committed to social justice, outreach to others, blogging.

Website: share with us one of your links
　　http://windowintopalestine.blogspot.com

date of birth
　　10/21/1975

how did you know about Palestinian Mothers Network?
　　friends

# EXHIBIT 2

# EXHIBIT 2

 **NetworkedBlogs**

Search for Blogs

Browse by: Topics | Popularity | Regions | Companies | Colleges | High Schools          About

**Window Into Palestine**

 **Connect** with **Facebook**

## You're new here, aren't you?

NetworkedBlogs allows you to stay up to date with blogs you love. Click the **Follow** button to follow updates from this blog.

### Information

| | |
|---|---|
| Blog Name: | Window Into Palestine |
| Url: | http://windowintopalestine.blogspot.com |
| Language: | English |
| Topics: | Palestine, Israel, Occupation |
| Description: | That Latest News Relating To Palestine under Occupation of Israel |
| Popularity: | 36 Followers |





**NetworkedBlogs**
on Facebook

Like   181,879



### Blog Feed

**Psychopathic Netanyahu: Security blockade on Gaza will only get stronger**
Barak RavidHaaretz © HaaretzPrime Minister Benjamin Netanyahu at a weekly cabinet meetingAs Israel unveils steps to ease flow of civilian goods to Gaza, PM vows to tighten security contr...

**There Will Be War**
© unkThe time to support Iran's people is now. Reza Kahlili ForbesLast week, Iran's opposition leaders Mir-Hossein Mousavi and Mehdi Karoubi canceled anti-government demonstrations timed...

**Gaza's humanitarian crisis is not a surprise--it's what we wanted**
Geoffrey Aronson The Middle East ChannelThis weekend Israel, under growing pressure from Washington, announced a change in the siege strategy toward the Palestinian population of the Gaza Str...

**Flashback: Twitterers paid to spread Israeli propaganda Internet warfare team unveiled**
© wishafriend Jonathan Cook Atlantic Free PressThe passionate support for Israel expressed on talkback sections of websites, internet chat forums, blogs, Twitters and Facebook may ...

**the more visible....**
some terrorism is more visible !! Click on the headlines to read the full story!

**New animated computer game about freedom of movement between Gaza and the West Bank**
Play the game, change reality: Safe Passage – New animated computer game about freedom of movement between Gaza and the West BankIn the new interactive game "Safe Passage", produced by Gisha, you...

**Another Site Taken Over By The Zionist Machine: Help This Blog Boycott Israel**
Entre Card is a great service, a way for people and bloggers to network and get the chance to associate. This service provides a way for you to introduce your site or blog on a business card and...

**Ahmad Sa'adat greets the US Social Forum from Israeli occupation prison**
http://www.freeahmadsaadat.org/ The Campaign to Free Ahmad Sa'adat - info@freeahmadsaadat.org - Twitter:http://twitter.com/freeahmadsaadat PLEASE DISTRIBUTE WIDELY June 2010 Ramon Prison - Isol...

**The despised state of Israel cannot survive for long:**
Christopher BollynChristopher Bollyn is an American journalist and researcher. He is widely known for his extensive researches on the September 11, 2001 attacks which reveal that Israel has been co...

**G-d of Israel, For This We Give Thanks**
Greg Bacon Goon SquadWhen you visit your kid's grave site at some national cemetery, killed fighting 'Wars for Wall Street and Israel,' give thanks that your son or daughter died fighting a...

### Authors:



Danny Downey

### Followers:

Displaying 4 of 36 followers.    See All



| Koleksi Syds | Derek Kassem |
|---|---|
| Don Emmerich | Robert Hand |

### Popular in:

Followers not concentrated in one particular network. They are distributed among many.

### Related Blogs

**ANERA News**
palestine, humanitarian, refugees

**Iraq Cry**
Iraq, Invasion, Occupation

**Yehuda**
board games, israel, technology

**Israel in Photos**
Israel, Travel, Pictures

**Rida Mawla's Blog**
Lebanon, Palestine, Politics

network solutions

WELCOME TO THE SMALLVOLUTION

Get started online with domains for only $9.99.

WHERE YOUR VISION GROWS ONLINE

Start Now

**Visit the** blog page on Facebook.

**Ads by Google**
  Window
  Palestine 1948
  Buy Casement Window
  Palestine TX
  Gaza Palestine

**Questions?** Visit the support forum or contact: networkedblogs [at] ninua.com

This site uses BitPixels previews

Copyright (C) 2008, Ninua, Inc.   Terms of Service | Privacy Policy

# EXHIBIT 3

# EXHIBIT 3

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form



Have an account? Sign in

Username or email [                    ]

Password [                ]

[ Sign in ]  ☐ Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?

# Get short, timely messages from propal.

## Twitter is a rich source of instantly updated information. It's easy to stay updated on an incredibly wide variety of topics. Join today and follow @propal.

[ Get started now › ]

Get updates via SMS by texting **follow propal** to **40404** in the United States

Two-way (sending and receiving) short codes:

| Country | Code | For customers of |
|---|---|---|
| Australia | • 0198089488 | Telstra |
| Canada | • 21212 | (any) |
| United Kingdom | • 86444 | Vodafone, Orange, 3, O2 |

Two-way (sending and receiving) short codes:

Indonesia            • 89887 AXIS, 3, Telkomsel

Ireland              • 51210 O2

India                • 53000 Bharti Airtel

New Zealand          • 8987 Vodafone, Telecom NZ

United States        • 40404 (any)

Codes for other countries



## propal

1. Psychopathic Netanyahu: Security blockade on Gaza will only get stronger http://bit.ly/9VoKx7 about 14 hours ago via TweetMeme
2. There Will Be War http://bit.ly/9Pvasf about 14 hours ago via TweetMeme
3. Gaza's humanitarian crisis is not a surprise--it's what we wanted http://bit.ly/aaRR6s about 14 hours ago via TweetMeme
4. Flashback: Twitterers paid to spread Israeli propaganda Internet warfare team unveiled http://bit.ly/drFL0Q about 14 hours ago via TweetMeme
5. the more visible.... http://bit.ly/cA5cYl about 14 hours ago via TweetMeme
6. New animated computer game about freedom of movement between Gaza and the West Bank http://bit.ly/bJfVPi about 14 hours ago via TweetMeme
7. Another Site Taken Over By The Zionist Machine: Help This Blog Boycott Israel http://bit.ly/aZ7hVT about 15 hours ago via TweetMeme

- *Name propal*
- *Location Toronto*
- *Web http://windowinto...*
- *Bio Justice, Freedom , No Occupation!*

875 Following 505 Followers 18 Listed

- 889Tweets
- Favorites

## Lists

- @propal/**palestine-related**

View all

## Following



View all…

8. Ahmad Sa'adat greets the US Social Forum from Israeli occupation prison http://bit.ly/9bkwAn about 15 hours ago via TweetMeme

9. The despised state of Israel cannot survive for long: http://bit.ly/bGedt3 about 15 hours ago via TweetMeme

10. G-d of Israel, For This We Give Thanks http://bit.ly/9ZYJMd about 15 hours ago via TweetMeme

11. i am Palestinian yesterday, today and tomorrow by Michael Hall http://bit.ly/9ozbwR about 15 hours ago via TweetMeme

12. 'Am I Not a Human': Women under Occupation http://bit.ly/cOMOUq about 15 hours ago via TweetMeme

13. Report: Israel has arrested 468 Palestinians in Hebron since the beginning of the year http://bit.ly/a9WMfe about 15 hours ago via TweetMeme

14. The Red Cross and Israeli MPs prevented from knowing location of secret prison http://bit.ly/c6Cb5v about 15 hours ago via TweetMeme

RSS feed of propal's tweets RSS feed of propal's favorites

15. Getting Out of Palestine? http://bit.ly/9SgHLA about 15 hours ago via TweetMeme

16. OAKLAND PORT HISTORIC VICTORY! http://bit.ly/9pvJSG about 15 hours ago via TweetMeme

17. By taking a taxi In Amsterdam people are getting the reality check, even the jews! http://bit.ly/ccGzU0 10:28 AM Jun 22nd via TweetMeme

18. In desperate search for recruits, Israeli army targets foreigners http://bit.ly/biESID 7:03 AM Jun 21st via TweetMeme

19. A fascist voice from Spain http://bit.ly/9EQetr 7:02 AM Jun 21st via TweetMeme

20. WHAT THE CANADIAN CONSERVATIVES DO NOT SAY ABOUT ISRAEL http://bit.ly/9OxZmC 12:18 AM Jun 21st via TweetMeme

more

## Footer

- © 2010 Twitter
- About Us
- Contact
- Blog
- Status
- Goodies
- API
- Business
- Help
- Jobs
- Terms
- Privacy

# EXHIBIT 4

# EXHIBIT 4

# reviewjournal.com



May. 23, 2010
Copyright © Las Vegas Review-Journal

## Four accused of extorting money from kiosk operators

### Israelis linked to Ecstasy trafficking in Las Vegas

By JEFF GERMAN
LAS VEGAS REVIEW-JOURNAL

A federal indictment charging four men with trying to extort money from outlet mall kiosk operators has brought to light the heightened activities of the much-feared Israeli mob in Las Vegas.

Among those charged in the April 27 indictment is Israeli-born Moshe Barmuha, a 37-year-old Southern California man whom law enforcement authorities have linked to a violent Israeli crime syndicate.

The kiosk operators, two Israeli-born Las Vegas businessmen, each told authorities separately that they believed Barmuha was a member of an Israeli crime family, according to a federal criminal complaint associated with the indictment.

Authorities revealed in the complaint that Barmuha has a lengthy criminal history in Israel that includes convictions for drug trafficking, burglary, battery on a police officer and causing intentional injury with a pipe bomb. Barmuha's lower right arm was amputated after the bomb prematurely exploded underneath a rival's car, the complaint said.

Authorities said Barmuha's appearance in Las Vegas is a sign that the Israeli mob has kept its grip on street rackets, despite a federal crackdown seven years ago.

"We've seen an increase in their presence in the last few years," said Las Vegas police Capt. Al Salinas, who runs the Organized Crime Bureau. "They're definitely on the radar. We're always working with our federal partners to get some strong, solid cases on these folks."

Much like the once-powerful La Cosa Nostra, Israeli crime families are known for committing acts of violence. Rival syndicates in Jerusalem and Tel Aviv fought for years, leaving a trail of blood all over Israel.

In this country, the crime families are involved in traditional rackets, such as loan-sharking, extortion, money laundering, prostitution and illegal gambling, authorities said.

But what sets them apart from other organized criminals is that their activities in Las Vegas and elsewhere in the country evolve from lucrative illegal trafficking in the club drug Ecstasy, Salinas said.

Israeli hoodlums import about 75 percent of Las Vegas' Ecstasy, which is popular on the Strip nightclub scene, now one of the biggest adult playgrounds in the world, Salinas explained.

In 2003, as part of an investigation coordinated out of Los Angeles, where most of the Israeli crime figures in the West live, Drug Enforcement Administration agents in Las Vegas uncovered the first evidence of the mob's local operations.

With the help of court-approved wiretaps at, among other places, the Las Vegas home of one of the crime family members, agents documented efforts to extort cash from a Beverly Hills luxury car dealer, launder money through Miami lawyers and set up drug deals from here in various parts of the world, including Belgium, a haven for Ecstasy distribution.

At the same time, agents observed some crime family members living it up like high rollers on the Strip.

Israeli mob leaders targeted in the investigation were later indicted in the spring of 2004 on extortion and money laundering charges in Los Angeles.

Since then, however, as some of the defendants went to prison and others cooperated with the government, law enforcement authorities have reported little Israeli mob activity in Las Vegas -- until last month's extortion indictment. Barmuha's name did not surface in the earlier investigation here.

Local businessmen Moshe "Moshiko" Ozana and Moshe "Chiko" Karmi found out firsthand what it's like dealing with someone of Barmuha's reputation. The two business partners sell small electronics and cosmetics in kiosks at local casinos and outlet malls, authorities said.

Other than their initials, the identities of Ozana and Karmi were not disclosed in last month's six-count extortion indictment, which also charges Barmuha and his co-defendants with racketeering. But their names were made public in the federal complaint, which lays out the alleged extortion scheme.

According to the complaint, filed by Peter Lazaro, a U.S. Immigration and Customs Enforcement agent, Barmuha became involved in a dispute last year between Ozana and Karmi and one of their former partners, Yakov Cohen, over a cosmetic kiosk operation.

Cohen 24, of Las Vegas, claimed he was owed thousands of dollars.

Cohen has been charged in the extortion scheme with Barmuha, along with two Russian-born brothers, Ruslan Magomedgadzhiev, 30, and Murad Magomedgadzhiev, 26, both of Southern California. All four men are in federal custody.

Las Vegas police learned about the plot from retired detective Robert Allen, who had given Ozana a polygraph test. Ozana took the test to try to prove his innocence to Cohen and Barmuha, whom he claimed were trying to strong-arm him, according to the complaint.

Allen told police that Ozana had alleged he and his partner were threatened by Barmuha, whom Ozana believed to be "a high-ranking member of an Israeli organized crime family," Lazaro wrote in his complaint.

Las Vegas intelligence detectives and Los Angeles detectives familiar with Barmuha launched an investigation that eventually included federal authorities, among them Lazaro at ICE, which declined to comment on the case.

In a September phone conversation between Ozana in Israel and Barmuha in California, Barmuha was particularly graphic when talking about a threat to Karmi, Lazaro wrote.

"Ozana stated that Barmuha stated that 'he was going to kill him, chop him up, cut him up like

wood and take his fingers out,'" Lazaro wrote in the complaint.

Then, as Barmuha continued to scream at Ozana, Barmuha said, "You don't know who you're dealing with."

A month later, the agent wrote, Barmuha came to Las Vegas to meet with Ozana, who by this time was so rattled by Barmuha's words that he refused to sit down with Barmuha in his room at the Palazzo. Ozana wanted to meet in a public area of the resort.

As the dispute festered, Barmuha threatened Ozana, and in December Ozana found a white rose at the entrance to his home with a note attached that read: "Warm regards from a friend, Moshe B."

Lazaro wrote that Ozana saw the white rose as a "threat of death."

Karmi also received threatening notes from Barmuha, the complaint alleged.

Lazaro reported one note read: "Moshe, it's Barmuha again. Don't try to evade me, and I don't think your partners and your friends can protect you. I suggest you make contact and come to a meeting."

In another note, Barmuha allegedly wrote, "I will find you in the end. Don't worry."

Lazaro wrote that Barmuha left a final note for Karmi with no words, just a circle with a cross inside, indicating a rifle scope.

After he received the last note, Lazaro said, a frightened Karmi went to police and sought protection, but an officer told him the notes themselves were not a crime. The officer told Karmi to buy a gun, which he ended up doing.

In January, the Russian brothers assaulted Karmi near his home, the complaint alleged. While he was being beaten, Karmi pulled out a revolver and fired one shot, causing his assailants to flee. As they ran away, Karmi fired another shot that hit one of his attackers in the buttocks.

"Karmi remains very afraid of Barmuha and is currently in hiding in fear of his safety," Lazaro wrote.

Throughout the ordeal, suspected Israeli crime syndicate associates, some known to Ozana and Karmi, also contacted the two men on Barmuha's behalf, hoping to persuade them to pay Barmuha and Cohen the thousands of dollars they claimed they were owed, the complaint said.

In March, a cooperating government witness secretly recorded a conversation with Cohen discussing Barmuha's reputed Israeli mob ties.

Later that month, Ozana recorded a conversation with Cohen and turned it over to authorities.

"Ozana asked Cohen why he brought the Mafia in to settle the dispute," the complaint alleged.

In response, Cohen replied: "It's not like I went to him (Barmuha) and told him everything. He heard that I got screwed over. He came to Vegas. He sat down. He talked to me. I told him the story and then he offered ... to sit down and talk to you guys and clear everything out. That's what he offered. So that person is offering me nicely. I cannot control him even though he is my friend."

Barmuha's Los Angeles lawyer, David Kenner, who has represented suspected Israeli crime figures in the past, did not return phone calls.

Case 2:10-cv-01172-RLH-RJJ   Document 1-1   Filed 07/15/10   Page 15 of 25

Cohen's Las Vegas attorney, David Chesnoff, who also has defended reputed Israeli mobsters, described Cohen as a "24-year-old businessman with no criminal history whatsoever."

Chesnoff said Cohen also has no history of any mob connections.

At a detention hearing in federal court last week , prosecutors persuaded U.S. Magistrate Judge Robert Johnston to hold off on releasing Cohen from federal custody until he provides more information about his finances.

Assistant U.S. Attorney Kimberly Frayn said Cohen failed to tell authorities that, for months before his arrest, he was consistently withdrawing money from a $4 million bank account in amounts under $10,000.

She accused Cohen of showing "signs of deceit" in not disclosing the account.

Contact Jeff German at jgerman@reviewjournal.com or 702-380-8135.

**Find this article at:**
http://www.lvrj.com/news/four-accused-of-extorting-money-from-kiosk-operators-94686094.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 5

# EXHIBIT 5

Case 2:10-cv-01172-RLH-RJJ   Document 1-1   Filed 07/15/10   Page 17 of 25

# Window Into Palestine

New Perspectives on the Palestinian People & what's happening in Palestine

Search    Google™ Custom Search Palestine

Alerts  Home  Palestinian Solidarity Calendar  Submissions  The Archives  Video Palestine    Tue Jun 01 11:09:52 2010

**Click Image - Flotilla Massacre**



Live Feed From Ship Headed To Gaza
**CLICK THE HEADLINE FOR FULL STORY**

# THE KOSHER NOSTRA GETS BUSTED IN LAS VEGAS

Sunday, May 23
|| 0 comments |     ShareThis

desertpeace |

*Much like the once-powerful La Cosa Nostra, Israeli crime families are known for committing acts of violence. Rival syndicates in Jerusalem and Tel Aviv fought for years, leaving a trail of blood all over Israel.*

**Expect a statement soon from Foxman claiming this is nothing but anti Semitism.... ;)**



**Four accused of extorting money from kiosk operators**

**Israelis linked to Ecstasy trafficking in Las Vegas**
By JEFF GERMAN
A federal indictment charging four men with trying to extort money from outlet mall kiosk operators has brought to light the heightened activities of the much-feared Israeli mob in Las Vegas.

designs **textile pattern designs** samples

FOLLOW ME ON TWITTER
BY FEEDBURNER
**Subscribe & Never Miss A Posting**
Enter your email address:

Subscribe

**Follow Us On:**
Stumble Upon

**Help Save Canada!**
http://www.rightsanddemocracymovement.org/


Get one

**Gaza Freedom**

#GAZA
588
Support

**Criminal Lawyer Las Vegas**
One mistake... Don't go it alone. Aggressive & experienced lawyers.
www.posin.com
Ads by Google

RECENT ARTICLES
Venezuelan President Hugo Chavez: 'Israel committed an act of war'
1 hour ago on Venezuelan President Hugo

Prev          Next
grab this · news



Traffic Rank
windowintopalestine.b...
**290,929**
Jun 01, 2010
Powered by Alexa

Sources On Israel:


CounterPunch!
Gaza War 08-09
Paying For Israel
Israel:Debunked
UN Resolutions
Settlements
Myth vs Fact
Zionism


LINKS
Visit some of the online web sites listed below for more content regarding Palestine.

Translate  Recent Posts  Random  Join Chat  11 Online  twitter  Digg This  Join Community    Share  twitter  Join Chat



Among those charged in the April 27 indictment is Israeli-born Moshe Barmuha, a 37-year-old Southern California man whom law enforcement authorities have linked to a violent Israeli crime syndicate.

The kiosk operators, two Israeli-born Las Vegas businessmen, each told authorities separately that they believed Barmuha was a member of an Israeli crime family, according to a federal criminal complaint associated with the indictment.

Authorities revealed in the complaint that Barmuha has a lengthy criminal history in Israel that includes convictions for drug trafficking, burglary, battery on a police officer and causing intentional injury with a pipe bomb. Barmuha's lower right arm was amputated after the bomb prematurely exploded underneath a rival's car, the complaint said.

Authorities said Barmuha's appearance in Las Vegas is a sign that the Israeli mob has kept its grip on street rackets, despite a federal crackdown seven years ago.

"We've seen an increase in their presence in the last few years," said Las Vegas police Capt. Al Salinas, who runs the Organized Crime Bureau. "They're definitely on the radar. We're always working with our federal partners to get some strong, solid cases on these folks."

Much like the once-powerful La Cosa Nostra, Israeli crime families are known for committing acts of violence. Rival syndicates in Jerusalem and Tel Aviv fought for years, leaving a trail of blood all over Israel.

In this country, the crime families are involved in traditional rackets, such as loan-sharking, extortion, money laundering, prostitution and illegal gambling, authorities said.

But what sets them apart from other organized criminals is that their activities in Las Vegas and elsewhere in the country evolve from lucrative illegal trafficking in the club drug Ecstasy, Salinas said.

Israeli hoodlums import about 75 percent of Las Vegas' Ecstasy, which is popular on the Strip nightclub scene, now one of the biggest adult playgrounds in the world, Salinas explained.

In 2003, as part of an investigation coordinated out of Los Angeles, where most of the Israeli crime figures in the West live, Drug Enforcement Administration agents in Las Vegas uncovered the first evidence of the mob's local operations.

With the help of court-approved wiretaps at, among other places, the Las Vegas home of one of the crime family members, agents documented efforts to extort cash from a Beverly Hills luxury car dealer, launder money through Miami lawyers and set up drug deals from here in various parts of the world, including Belgium, a haven for Ecstasy distribution.

At the same time, agents observed some crime family members living it up like high rollers on the Strip.

Israeli mob leaders targeted in the investigation were later indicted in the spring of 2004 on extortion and money laundering charges in Los Angeles.

Since then, however, as some of the defendants went to prison and others cooperated with the government, law enforcement authorities have reported little Israeli mob activity in Las Vegas -- until last month's extortion indictment. Barmuha's name did not surface in the earlier investigation here.

Local businessmen Moshe "Moshiko" Ozana and Moshe "Chiko" Karmi found out firsthand what it's like dealing with someone of Barmuha's reputation. The two business partners sell small electronics and cosmetics in kiosks at local casinos and outlet malls, authorities said.

## Top Posts - PostRank

- 8.3 NATO to hold emergency session at Turkey's request
- 8.0 Is This Why Israel Gets Away With Murder Everytime? "Gaza Convoy Carrying Stolen Nukes"
- 7.5 Former US ambassador captured aboard Gaza aid ship to be sent home
- 7.1 endorse the Show your solidarity with Gaza Flotilla victims and Palestine Petition to All peace-loving people in the world.
- 6.6 Gaza Flotilla Raid: Israeli State

Powered by PostRank

## Various Videos



Above & Beyond
Alethonews
Alison Weir
American Palestinian
Angry Arab
Angry Arab News Service
Annies Newsletters
Another World Is Possible
Another World Is Possible Now
Aquacool
Arab News
Attending The World
Ben Heine
Body On The Line
Chet Justice
Kabobest Charred
Desert Peace
Dissident Voice
Documenting Israel's Military Occupation
Electronic Intifada
End The Occupation
English AlJazeera
Exposing Israel
Filasteen
Free Free Palestine
FREE PALI
From Gaza
Frustrated Arab's Diary
FUCK ISRAEL
Gaza Mom
Gaza Today
Gaza On My Mind
George Galloway
Gilad
Global Voices Online
Global Research
Greg Felton
I Love Palestine
In Gaza
Intifada Palestine
Irish4Palestine
Israel's 60th Birthday
Jeeran
Kennys Side Show
Kabofest
Life Under Occupation
Live From Occupied Palestine

 Translate  Recent Posts  Random  Join Chat  11 Online twitter  Digg This  Join Community    Share twitter N Join Chat

Other than their initials, the identities of Ozana and Karmi were not disclosed in last month's six-count extortion indictment, which also charges Barmuha and his co-defendants with racketeering. But their names were made public in the federal complaint, which lays out the alleged extortion scheme.

According to the complaint, filed by Peter Lazaro, a U.S. Immigration and Customs Enforcement agent, Barmuha became involved in a dispute last year between Ozana and Karmi and one of their former partners, Yakov Cohen, over a cosmetic kiosk operation.

Cohen 24, of Las Vegas, claimed he was owed thousands of dollars. Cohen has been charged in the extortion scheme with Barmuha, along with two Russian-born brothers, Ruslan Magomedgadzhiev, 30, and Murad Magomedgadzhiev, 26, both of Southern California. All four men are in federal custody.

Las Vegas police learned about the plot from retired detective Robert Allen, who had given Ozana a polygraph test. Ozana took the test to try to prove his innocence to Cohen and Barmuha, whom he claimed were trying to strong-arm him, according to the complaint.

Allen told police that Ozana had alleged he and his partner were threatened by Barmuha, whom Ozana believed to be "a high-ranking member of an Israeli organized crime family," Lazaro wrote in his complaint.

Las Vegas intelligence detectives and Los Angeles detectives familiar with Barmuha launched an investigation that eventually included federal authorities, among them Lazaro at ICE, which declined to comment on the case.

In a September phone conversation between Ozana in Israel and Barmuha in California, Barmuha was particularly graphic when talking about a threat to Karmi, Lazaro wrote.

"Ozana stated that Barmuha stated that 'he was going to kill him, chop him up, cut him up like wood and take his fingers out,'" Lazaro wrote in the complaint.

Then, as Barmuha continued to scream at Ozana, Barmuha said, "You don't know who you're dealing with."

A month later, the agent wrote, Barmuha came to Las Vegas to meet with Ozana, who by this time was so rattled by Barmuha's words that he refused to sit down with Barmuha in his room at the Palazzo. Ozana wanted to meet in a public area of the resort.

As the dispute festered, Barmuha threatened Ozana, and in December Ozana found a white rose at the entrance to his home with a note attached that read: "Warm regards from a friend, Moshe B."

Lazaro wrote that Ozana saw the white rose as a "threat of death."

Karmi also received threatening notes from Barmuha, the complaint alleged.

Lazaro reported one note read: "Moshe, it's Barmuha again. Don't try to evade me, and I don't think your partners and your friends can protect you. I suggest you make contact and come to a meeting."

In another note, Barmuha allegedly wrote, "I will find you in the end. Don't worry."

Lazaro wrote that Barmuha left a final note for Karmi with no words, just a circle with a cross inside, indicating a rifle scope.

After he received the last note, Lazaro said, a frightened Karmi went to police and sought protection, but an officer told him the notes themselves were not a crime. The officer told Karmi to buy a gun, which he ended up doing.

In January, the Russian brothers assaulted Karmi near his home, the complaint alleged. While he was being beaten, Karmi pulled out a revolver and fired one shot, causing his assailants to flee. As they





**Free E-Books on Palestine Because Knowledge Is Power!**
* Blood On Their Hands
*Free Ebooks Collection on Palestine
* Natzis of our Time
*Palestine Book store
* Palestine Peace Not Apartheid Book
* Palestinians In Israel,Israeli Racism:
* SIXTY YEARS OF NAKBA: ISRAEL'S CONTINUED POLICY OF FORCIBLE DISPLACEMENT

**Popular Postings**
American Money To Israel
Dear Mr president: I Need My Money Back!
GERMANY 1940 - ISRAEL 2009
History Repeats Itself
I Want To Tell The World

May Saloon
Mazins Blog
Mazin Qumsiyeh
Middle East Monitor
Mondoweiss
MPACUK
Mundo dos Sonhos
Munich & A Little Bit Of Everything
Norman Finkelstein
Oriental Soul
Pal cast
Palestine Blogs
Palestine Centre Blog
Palestine Chronicle
Palestine Free Voice
Palestine Holocaust
Palestine Info Centre
Palestine Review
Palestine Solidarity
Palestine Telegraph
Palestine Think Tank
Palestine Video Blog
Palestine Voice
Palestinian Pundit
Political Theatrics
Qassam
Rabble
Rachel Corrie
Ramallah Online
Rebellious Arab Girl
Redress
Remember These Children
Representative Press
Sabbah
Seth Bara Blog
Signs of the Times
Silver Lining
Smoking Mirrors
Snippits & Slappits
Steph's Blog
Steve Lendman
The Daily Life of Kawther Salam
The Pencil
The Peoples Voice
The Popular Front for the Liberation of Palestine
This Can't Be Happening
This Is Zionism
Tikun Olam
Today In Palestine
Traveller Within
Uprooted Palestinians
Uruknet

    

ran away, Karmi fired another shot that hit one of his attackers in the buttocks.

"Karmi remains very afraid of Barmuha and is currently in hiding in fear of his safety," Lazaro wrote.

Throughout the ordeal, suspected Israeli crime syndicate associates, some known to Ozana and Karmi, also contacted the two men on Barmuha's behalf, hoping to persuade them to pay Barmuha and Cohen the thousands of dollars they claimed they were owed, the complaint said.

In March, a cooperating government witness secretly recorded a conversation with Cohen discussing Barmuha's reputed Israeli mob ties.

Later that month, Ozana recorded a conversation with Cohen and turned it over to authorities.

"Ozana asked Cohen why he brought the Mafia in to settle the dispute," the complaint alleged.

In response, Cohen replied: "It's not like I went to him (Barmuha) and told him everything. He heard that I got screwed over. He came to Vegas. He sat down. He talked to me. I told him the story and then he offered ... to sit down and talk to you guys and clear everything out. That's what he offered. So that person is offering me nicely. I cannot control him even though he is my friend."

Barmuha's Los Angeles lawyer, David Kenner, who has represented suspected Israeli crime figures in the past, did not return phone calls.

Cohen's Las Vegas attorney, David Chesnoff, who also has defended reputed Israeli mobsters, described Cohen as a "24-year-old businessman with no criminal history whatsoever."

Chesnoff said Cohen also has no history of any mob connections.

At a detention hearing in federal court last week , prosecutors persuaded U.S. Magistrate Judge Robert Johnston to hold off on releasing Cohen from federal custody until he provides more information about his finances.

Assistant U.S. Attorney Kimberly Frayn said Cohen failed to tell authorities that, for months before his arrest, he was consistently withdrawing money from a $4 million bank account in amounts under $10,000.

She accused Cohen of showing "signs of deceit" in not disclosing the account.

Source

Like    Be the first of your friends to like this.

2 tweets

retweet

### Related Topics



0 comments:

**post a comment**

Israel Is Too Close
Least we Forget
Maps Tell The Story!
Never Before
U.S.A. World Domination Tour
War Crimes & Terrorists

**Important Links On Gaza**
The Gaza Siege
1 Million To End The Gaza Siege
Free Gaza
End The Gaza Siege
Sign The Call To End The Gaza Siege
Support the Cairo Declaration of the Gaza Freedom March
Gaza's friends Youtube Channel

**The Arts**
Najialali Hanaa
Ben Heine
The Pen Is Funnier Then The Sword

**Featured Website Roll**
Jewbonics
Just Foreign Policy
Irish4Palestine
Gaza Siege:An Overview
Disquiet Reservations
Angry Arab
Ma'an News
Occupied Iraq
Zeitgeist Politics
Sign Of The Times
Gaza Gateway
Palestine Voice
Mantiq Al Tayr
Gilad Atzmon
Tlaxcala
Palestinian Pundit
Khalid Amayreh
Wide Eye Cinema
Aletho News
Informed Comment
The Ugly Truth
Indy Media
The BrotherHood
Al-Manar
Press TV
Attending The World
Encyclopedia of the Palestine Problem
Lest We Forget
My Palestine
Palestine Remembered
A Voice From Palestine
War In Context
Raw Story
Poetry For Palestine
Live Tv Station

Wake Up From Your Slumber
We Are Wide Awake
We Will Return
What Really Happened
Window Into Palestine
XYMPHORA
Z Communications
Zio Facism

Special Groups For Palestine


Palestine

Action Palestine
Canadians 4 Palestine
Badil
The PSC
Palestine Review
Networking Palestine
Palestine Mothers
Action4Palestine
Labour Friends Of Palestine & The Middle East

site meter

    



Comment as: Select profile... ▾

[Post Comment]  [Preview]

links to this post
Create a Link

Newer Post                              Home        Older Post

Subscribe to: Post Comments (Atom)

## Recent Postings On This Blog

- What if Iran had carried out the Gaza carnage?
- Israeli Deputy FM Ayalon lies through his teeth about the flotilla massacre
- Embarrassed Israel spreads disinformation, lies, to justify flotilla massacre
- Freedom Forward: Join the call: Urge the UN to Investigate Israeli attacks! End the blockade!
- Palestinian Christians urge protests after Israeli assault on flotilla

## News From The Palestine Telegraph

- Strike and mourning along all Palestine
- Urgent call from journalists on board the Freedom Flotilla
- Gaza's siege kills victim number 374
- Israel has crossed the Rubicon
- IOF shoots Palestinian elderly woman

## News From Palestine Blogs

- Sabbah Report: AIPAC: The Voice of America
- DesertPeace: THE ELDERS CONDEMN ISRAEL'S DEPLORABLE ATTACK
- International Solidarity Movement: Concern grows over flotilla missing and prisoners
- Sabbah Report: Letter to British Foreign Office minister
- Palestine Video: DN! Video: Global Condemnation of Israel's Attack on Gaza Freedom Flotilla

## Recent Postings From Video Palestine

- Freedom Flotilla under attack in International waters
- The Storming of Gaza aid convoy
- Twilight Zone on Capitol Hill ... More Money For Israel
- MUST WATCH: Joe Biden: I am a Zionist
- What if American foreign policy is A fraud and don't serve American national security and interest

## News From Intifada Palestine

- Gaza: From Blockade to Bloodshed
- 'Israel is a Lunatic State' – Finkelstein on Gaza FLOTILLA Attack [VIDEO]
- Nobel-Winning Elders Deplore Gaza FLOTILLA Attack
- FLOTILLA Activists Disembarking at the Ashdod Port [video]
- Dr. Alan Sabrosky: The Madness of Arrogance – Israel's Attack on the Gaza Aid FLOTILLA

## News From The Palestine Think Tank

- M.S. Nusair – How Can You Help The Palestinian Cause Without Any Risk !?
- Israeli Deputy FM Ayalon lies through his teeth about the flotilla massacre
- Kourosh Ziabari – What if Iran had carried out the Gaza carnage?
- Flotilla Massacre is a Reply to the Turkish-Iranian Relations
- Sahar Hamzeh, (with Adib Kawar) – To break the Gaza Siege

## Features From The Maan News Agency

- Gaza food supplies strangled by 1,000-day blockade
- Aid fleet bound for Gaza
- 20 families displaced in Gaza govt demolitions
- Behind Gaza's generator-related deaths
- Rejected plan for Silwan includes zero forced evictions

## From Our Favorite Rebellious Arab Girl

- Guest Post: Should I Stay or Should I Go?
- Part 2 of Mona&#8217;s Discontents: Window shoppers
- Dear Mona . . . why?
- Part 1 of Mona&#039;s Discontents: The two kinds of people
- Tensions in the far, near and middle east

## The Latest From Sabbah

- AIPAC: The Voice of America
- Letter to British Foreign Office minister
- Israel&#039;s International Piracy
- Alan Sabrosky: The Madness Of Arrogance: Israel&#039;s Attack On The Gaza Aid Flotilla
- Latuff: Israel attack Gaza aid flotilla

### Recent Comments

Gilbert Mercier wrote...
Thanks for posting my article published in The News Junkie Post. The article was updated since you...
Continue >>

MuslimFirst wrote...
Great piece. I did see that piece that Al Jazeera reported on and tested the time it took at that...
Continue >>

Anonymous wrote...
in fact, the rich american jewish families didn&#039;t give a damn for their burning folks over in...
Continue >>

MuslimFirst wrote...
This is truly unfortunate, but a great cause for which to fight for. Did you see the recent program...
Continue >>

MuslimFirst wrote...
Regardless of the propaganda that may be spewed out there - the Pakistani Taliban has denied their...
Continue >>

MuslimFirst wrote...
Simply great, awesome. Well said. Indeed, evil is always its own worst enemy and the Truth will...
Continue >>

Dokemion wrote...
Goldman sucks profited from market crash. Lol just kidding.I really enjoyed your post, you&#039;re...
Continue >>

Adib S. Kawar wrote...
Dear Palestinian Arab AmericansFrom a Palestinian Arab who resides in the neighborhood of occupied...
Continue >>

Jan wrote...
We are an nonprofit representing the Azerbaijani-American community, and are trying to do research...
Continue >>

MuslimFirst wrote...
I post about this too recently, but I haven&#039;t seen part 2 yet, as it wasn&#039;t released at...
Continue >>

Click Image To Inlarge





Copyright © 2009 Window into Palestine + I Blog For Palestine



         

Hang Up on Motorola





**Explore All Options**
Extensive Free Consultation Call 702-485-330
www.hkimlaw.com/

**Divorce Attorneys**
Free Consultations with attorneys that actually
care! (702) 433-5309
www.thelegalsmith.com

**Dental Implant Specialist**
Free CAT scan When We place Implant Free
consultations
lvimplant.com

**Las Vegas Hotel Specials**
Great Las Vegas Hotel Web Specials For Fam
Leisure, and Business!
www.WCGHotels.com/LasVegas

Ads by C



Follow this blog

**Window Into Palestine's Fan Box**



Window Into Palestine on Facebook



**Followers**

Follow
with Google Friend Connect

**Followers (32)**   More »



Already a member? Sign in

**Where They Came From**

| LIVE ACTIVITY FEED |
| --- |

*Houston, TX* reading Window Into Palestine

*Melbourne, Australia* reading Venezuelan President Hugo Chavez: 'Israel committed an act of war'

*Houston, TX* reading Video : a famous song by a four-year old Arab child

*Cincinnati, OH* arrived from google.com reading Window Into Palestine

*Ypsilanti, MI* arrived from google.com reading Flotilla to break Gaza siege

*Mugla, Turkey* arrived from google.com.tr reading More calls for Israel to lift secret gag order

*Houston, TX* reading Five Reasons Why Americans Won't Resist

*Las Vegas, NV* arrived from google.com reading THE KOSHER NOSTRA GETS BUSTED IN LAS

grab this · news blog

Content recommendations from *Evri*



Content recommendations from *Evri*

 Translate    Recent Posts    Random    Join Chat   11 Online   twitter   Digg This       Join Community   Share   twitter   Join Chat   

# EXHIBIT 6

# EXHIBIT 6

```
Type of Work:        Text

Registration Number / Date:
                     TX0007171961 / 2010-07-09

Application Title: Four accused of extorting money from kiosk operators.

Title:               Four accused of extorting money from kiosk operators.

Appears in:          Las Vegas Review-Journal, May 23, 2010

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-05-23

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
```

===============================================================================