STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>            Plaintiff,<br><br>v.<br><br>DANNY DOWNEY, an individual;<br><br>            Defendant. | Case No.: 2:10-cv-01172-RLH-RJJ<br><br>**MOTION TO WITHDRAW AFFIDAVIT OF SERVICE** |

Plaintiff, Righthaven LLC ("Righthaven") hereby moves this Court to withdraw

Righthaven's Affidavit of Service (the "Affidavit"; Docket No. 6) for Defendant, Danny

Downey ("Mr. Downey") on the grounds that the Complaint (Docket No. 1) and Summons

(Docket No. 4) were inadvertently served upon an improper person, rather than Mr. Downey.

1

1    As such, Righthaven moves for withdraw of the Affidavit (Docket No. 6), and as grounds

2   thereof hereby attaches the Declaration of J. Charles Coons, Esq.

3

4    Dated this  nineteenth day of August, 2010.

5

6                                                  RIGHTHAVEN LLC

7                                                  By: /s/ J. Charles Coons
                                                   STEVEN A. GIBSON, ESQ.
8                                                  Nevada Bar No. 6656
                                                   J. CHARLES COONS, ESQ.
9                                                  Nevada Bar No. 10553
                                                   JOSEPH C. CHU, ESQ.
10                                                 Nevada Bar No. 11082
                                                   9960 West Cheyenne Avenue, Suite 210
11                                                 Las Vegas, Nevada 89129-7701
                                                   Attorneys for Plaintiff
12

13

14

15
                                                   IT IS SO ORDERED.
16                                                 _____
17                                                 UNITED STATES MAGISTRATE JUDGE
                                                   DATE: OCTOBER 15, 2010
18

19

20

21

22

23

24

25

26

27

28

2

1

2

### DECLARATION OF J. CHARLES COONS, ESQ.

3      J. Charles Coons, Esq., declares under the pains and penalties of perjury:

4

5      1.      I am an attorney-at-law admitted to practice in all courts of the State of Nevada.  I

6 represent Righthaven LLC ("Righthaven") in the matter of *Righthaven LLC v. Danny Downey*,

7 case number 2:10-cv-01172-RLH-RJJ in the United States District Court for the District of

8 Nevada.  I am over eighteen years old and I am competent to testify to the matters set forth

9 herein.

10      2.      On July 15, 2010, Righthaven filed its proposed summons (Docket No. 1, Exhibit

11 No. 3) for Mr. Downey.

12      3.      On July 22, 2010, this Court issued Righthaven a summons (the "Summons";

13 Docket No. 4) for Mr. Downey.

14      4.      On or about July 24, 2010, I was advised by June's Legal Service that service

15 upon Mr. Downey was effectuated at the address reflected on the summons (Docket No. 4).

16      5.      On July 27, 2010, Righthaven filed the Affidavit (Docket No. 6) evidencing

17 service upon Mr. Downey.

18      6.      I was thereafter contacted by an individual named Danny Downey, and was

19 advised that he was not the person against whom Righthaven sought relief from for copyright

20 infringements, as alleged in Righthaven's Complaint (Docket No. 1).

21

22      Signed and affirmed this nineteenth day of August, 2010 under the pains and penalties of

23 perjury of the State of Nevada and of the United States of America.

24

25                      /s/ J. Charles Coons
                        J. CHARLES COONS, ESQ.
26

27

28